**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GRACIELA BRETSCHNEIDER DONCOUSE,

                 Plaintiff,

      vs.

EDDIE BAUER LLC, *a foreign limited liability
company*, OFA PARTNERS LLC, *a foreign limited
liability company*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:15-cv-07151-LGS

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that John W. Egan of the law firm Seyfarth Shaw LLP, 620

Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for

Defendant Eddie Bauer LLC in the above-captioned matter.  John W. Egan hereby certifies that

he is admitted to practice in this Court.

Dated: New York, New York
         October 2, 2015

         Respectfully submitted,

         SEYFARTH SHAW LLP

         By:  /s/ John W. Egan
            John W. Egan
         620 Eighth Avenue
         New York, New York 10018-1405
         Phone:  212.218.5500
         Fax:  212.218.5526
         jegan@seyfarth.com

         *Attorneys for Defendant*

2

**CERTIFICATION OF SERVICE**

I hereby certify that on October 2, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ John W. Egan
John W. Egan
