UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: THE MARKS LAW FIRM, P.C.

---

GRACIELA BRETSCHNEIDER DONCOUSE

                    Plaintiff(s)

       - against -

EDDIE BAUER LLC, A FOREIGN LIMITED LIABILITY COMPANY, ETANO

                    Defendant(s)

Index # 1:15-CV-7151

Purchased September 10, 2015

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 28, 2015 at 11:55 AM at

C/O CT. CORP.
111 8TH AVENUE, 13TH FL
NEW YORK, NY 10011

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET on EDDIE BAUER LLC, A FOREIGN LIMITED LIABILITY COMPANY therein named.

    BY LEAVING A TRUE COPY WITH ELENA BOU, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 45 | 5'6 | 140 |

    BY SERVING SAME ON IT'S AUTHORIZED AGENT

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: September 28, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

ANDERSON CHAN
License #: 1220482
Invoice #: 633208

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045